UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                    :

ACE EUROPEAN GROUP LTD.
a/s/o Areva NP, Inc.                           :      08 Civ. 3720 (NRB)

                                                 **ECF CASE**
            Plaintiff,           :      **RULE 7.1**
                                                 **<u>DISCLOSURE STATEMENT</u>**
  - against -                      :

BEMCO INCORPORATED              :

           Defendant.        :
-------------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

                                ACE LTD.
                                ACE-INA International Holdings Ltd.
                                ACE-INA Overseas Holdings Inc.


Date:  New York, New York
        April 17, 2008

                                *s/David L. Mazaroli*
                                _____
                                David L. Mazaroli (DM 3929)
                                Attorney for Plaintiff
                                11 Park Place - Suite 1214
                                New York, New York 10007
                                Tel.: (212)267-8480
                                Fax.: (212)732-7352
                                E-mail: dlm@mazarolilaw.com
                                File No.: 8GB-1657