*BUCHWALD, J* (handwritten)

David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

------------------------------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ACE EUROPEAN GROUP LTD.
a/s/o Areva NP, Inc.

                Plaintiff,

     - against -

BEMCO INCORPORATED,

                Defendant.
------------------------------------------------------------x

08 Civ. 3720 (NRB)

**DEFAULT JUDGMENT**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

    WHEREAS, this action was commenced on April 18, 2008 by the filing of the complaint, and

    WHEREAS, pursuant to Rule 4 Fed. R. Civ. P. a copy of the complaint was mailed to defendant Bemco Incorporated ("Bemco") on April 18, 2008 together with a waiver of service of summons form;

    WHEREAS, the waiver of service form executed by Bemco was filed on May 20, 2008 as confirmed by docket entry no. 3;

    WHEREAS, pursuant to the executed waiver of service form Bemco's answer to the complaint was due by June 17, 2008;

    WHEREAS, no answer, appearance or motion has been filed on behalf of defendant Bemco Incorporated;

NOW ON MOTION of plaintiff ACE European Group Ltd., it is hereby

ORDERED, ADJUDGED, AND DECREED that plaintiff ACE European Group Ltd. have judgment against defendant Bemco Incorporated in the principal amount of $46,815.57 with prejudgment interest at the rate of 9 percent per annum from April 19, 2006 in the amount of $9,480.15, plus the costs of this action in the sum of $350.00, all totaling **$56,645.72.**

Dated: New York, New York
July 24, 2008

_____
United States District Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____